WIDOW AND HEIRS OF JACOB SHOWERS v. CHARLES M. MORRILL, ADM'R.

*Appeal from probate court—Costs.*

An appeal from a probate judge under Comp. L., § 5216 cannot lie from his disallowance of certain items in an account, but must be taken from the order itself so that the whole matter can be brought up and a rehearing had upon every item.

Costs are allowed as against an administrator individually where he has vexatiously appealed.

Error to Van Buren. Submitted October 14. Decided October 21.

APPEAL from so much of an order of the probate court as disallowed certain items in the account of appellant acting as administrator. The widow and heirs of the intestate brings error.

*Lester A. Tabor* for plaintiffs in error.

*B. F. Heckert* and *Brown, Howard & Roos* for defendant in error.

MARSTON J.   A hearing and determination was had in the probate court upon the final account of Morrill as administrator of the estate of the deceased.

Morrill feeling aggrieved took an appeal to the circuit court, in which he set forth that the probate court did adjudge and decree that certain items in his report contained be disallowed, setting forth the items, and added: "Now therefore the undersigned Charles M. Morrill, administrator aforesaid, feeling himself aggrieved by the decision and determination of the said judge of probate, as to so much and such part of his finding as appears above, does hereby appeal therefrom, to the circuit court for the county of Van Buren."

The statute authorizes any person aggrieved by any order, sentence, decree or denial of a judge of probate to appeal therefrom.   § 5216.   This clearly does not authorize or permit an appeal to be taken from the disallowance of certain items in an account.   The appeal must be taken from the order, which brings up the entire matter and permits a re-hearing upon each and every item in the account.

We regret that the case must be disposed of in this way, as we are of opinion that upon a full re-hearing in the circuit, a judgment would be obtained for a much larger amount against the administrator than was obtained, unless a showing different from that made by the record in this case were made in the probate court.

The circuit court obtained no jurisdiction under the appeal taken, and the judgment rendered in that court

must be reversed. Costs of the circuit court and of this court will be allowed against Morrill individually, and not to be paid out of the funds of the estate in his hands.

The other Justices concurred.